Timothy W. Gist
Wyoming State Bar No. 6-3122
Assistant United States Attorney
District of Wyoming
P.O. Box 449
Lander, WY 82520
(307) 332-8195
timothy.gist@usdoj.gov

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>**v.**<br><br>**GARY L BUTCHER,**<br><br>Defendant, | **Case Number: L:25-po-00773-SAH-1**<br><br>**Violation No.:**<br>**WY4 FBCY000M**<br><br>**WY4 FBCY000P** |

**MOTION TO DISMISS VIOLATION NOTICES WITHOUT PREJUDICE**

The United States of America, through Assistant United States Attorney Timothy Gist, moves the Court to dismiss without prejudice violation notice numbers **WY4 FBCY000M,** and **WY4 FBCY000P** against the Defendant, Gary L Butcher, in the above-named case, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure. The Government believes it is in the interest of justice to forgo prosecution of this matter.

**Dated** this 28th day of September 2026.

DARIN D. SMITH
United States Attorney

By: */s/ Timothy Gist*
Timothy Gist
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of September 2026 the foregoing was electronically filed and served upon the Defendant's Counsel via CM/ECF.

_/s/_*Ryan McFadden* ____________________

UNITED STATES ATTORNEY'S OFFICE